**No. 09-11529. Julio Eliezer Ortiz, Sr., Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.**

562 U.S. 886, 131 S. Ct. 216, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 7013, ▮▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-11530. Andre Calwise, Petitioner v. Cindi Curtin, Warden.**

562 U.S. 886, 131 S. Ct. 216, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 7073.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 367 Fed. Appx. 644.

**No. 09-11531. Deshundrick Dawson, Petitioner v. Louisiana.**

562 U.S. 886, 131 S. Ct. 216, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 6516.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 31 So. 3d 359.

**No. 09-11532. Shenez Lawrence, Petitioner v. United States.**

562 U.S. 886, 131 S. Ct. 216, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 6760.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 190.

**No. 09-11533. Mark Laurico-Yeno, Petitioner v. United States.**

562 U.S. 886, 131 S. Ct. 216, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 6828.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 818.

**No. 09-11535. Ron Waterman, Petitioner v. Washington.**

562 U.S. 886, 131 S. Ct. 217, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 6901.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

**No. 09-11536. Edward S. Young, Petitioner v. Louis S. Folino, Superintendent, State Correctional Institution at Greene, et al.**

562 U.S. 886, 131 S. Ct. 217, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 6864.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.